*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Craig A Quedenfeld | ) | Case No. 26−10434−djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the Order dated February 18, 2026,  this case is hereby DISMISSED.

DATE:  March 17, 2026

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents -- due March 3, 2026 :

Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income Form 122C−1
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities